JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Div.
BARCLAY T. SAMFORD, NM Bar No. 12323
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Tel:  303-844-1475
Fax:  303-844-1350
Email: Clay.Samford@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) |
| Defendants, | ) |
| and | ) Case No. 1:09-cv-00023-JWS |
| STATE OF ALASKA and ALASKA FOREST ASSOCIATION, | ) |
| Intervenor-Defendants. | ) |

**JOINT STIPULATION REGARDING ATTORNEYS' FEES, COSTS, AND EXPENSES**

Organized Village of Kake, The Boat Company, Southeast Alaska Conservation Council,

Natural Resources Defense Council (NRDC), Tongass Conservation Society, Wrangell Resource

---

*Organized Village of Kake v. USDA*
1:09-cv-00023-JWS

1

Council, Center for Biological Diversity, Defenders of Wildlife, and Cascadia Wildlands ("Applicants") have applied to this Court for an award of attorneys' fees and expenses in this matter (ECF No. 106). In regards to that application, Applicants and Federal Defendants, by their undersigned attorneys, hereby stipulate as follows:

1. Federal Defendants agree to settle the claim for attorneys' fees, costs, and expenses of Applicants for two hundred fifty thousand dollars ($250,000.00).

2. Payment, as identified in Paragraph 1 above, shall be accomplished by electronic fund transfer(s) into the Client Trust Account of Plaintiffs' attorney, Earthjustice. Undersigned counsel for Plaintiffs shall provide to the undersigned counsel for Defendants the appropriate account number and any other information needed to make payment. Defendants shall submit the necessary paperwork for payment to appropriate United States Department of Agriculture authorities within thirty days after this stipulation is entered by the Court or Plaintiffs provide the information required to facilitate the payment, whichever is later. Defendants shall promptly notify the undersigned Plaintiffs' Attorneys Thomas Waldo and Nathaniel Lawrence upon completion of the electronic fund transfer.

3. Plaintiffs agree that payment of $250,000.00 pursuant to Paragraph 2 fully satisfies any and all claims against the Federal Defendants for attorneys' fees, costs, and expenses related to the above-captioned litigation.

4. Plaintiffs' attorneys are receiving funds in trust for Applicants, and Applicants agree to this procedure. Applicants and their attorneys agree to hold harmless Defendants in any litigation, further suit, or claim arising from the payment of the agreed upon $250,000.00 settlement amount pursuant to Paragraph 2, up to the settlement amount. Under 31 U.S.C. §§ 3711, 3716; 26 U.S.C. § 6402(d); 31 C.F.R. §§ 285.5, 901.3; and other authorities, the United

States will offset against the attorneys' fee award the delinquent debts to the United States of any Applicant, up to the pro rata share of that Applicant or those Applicants. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

5. This Stipulation is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. This Stipulation does not represent an admission by any party to any fact, claim, or defense concerning any issue in this case. Further, this Stipulation has no precedential value and shall not be used as evidence by either Federal Defendants or Applicants in any other litigation except as necessary to enforce the terms of the Stipulation. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

6. The undersigned representatives of Plaintiffs and Federal Defendants certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind such Parties to it.

7. Nothing in the terms of this Stipulation shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

8. Within fourteen (14) days of receiving specific notice of the electronic fund transfer(s) of the $250,000.00 into the Client Trust Account of Plaintiffs' attorney, Earthjustice, Applicants will file a motion to withdraw their Application for Attorney's Fees and Expenses (ECF No. 106).

9. This Stipulation represents the entirety of the undersigned Parties' commitments with regard to settlement of claims for attorneys' fees, expenses, and costs. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED.

Respectfully submitted this 1st day of September, 2016.

JOHN C. CRUDEN
Assistant Attorney General

/s/Barclay T. Samford
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1475
Fax: 303-844-1350
Email: clay.samford@usdoj.gov

*Attorneys for Defendants*


/s/Thomas S. Waldo
Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA # 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907-586-2751
F: 907-463-5891
E: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES
    DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360-534-9900
F: 360-534-9909
E: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2016.

_____
**JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

      I, Barclay T. Samford, certify that on August xx, 2016, a true and correct copy of the foregoing Motion to Continue Stay was served electronically on Barclay T. Samford, Thomas E. Lenhart, and Julie A. Weis.


      /s/ Barclay T. Samford
       Barclay T. Samford